IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3089 |
| | ) | |
| v. | ) | |
| | ) | |
| ADRIAN J. MARTINEZ, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Additional time is needed to finalize the terms of the parties' plea agreement. The government has no objection to the continuance. Accordingly,

IT IS ORDERED:

1) The defendant's oral motion to continue defendant's change of plea hearing, (filing no. 56), is granted.

2) The defendant's plea hearing will be held before the undersigned magistrate judge on September 19, 2012 at 2:00 p.m.. The defendant is ordered to appear at this hearing.

3) For the reasons stated by counsel, the Court finds that the ends of justice served by continuing defendant's plea hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and September 19, 2012 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

DATED this 21st day of June, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge