IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3089 |
| | ) | |
| V. | ) | |
| | ) | |
| FRANK RODRIGUEZ III, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to continue sentencing (filing 59) is denied without prejudice to a delayed self-surrender.

DATED this 9th day of August, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge