IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Case No. 4:11CR3089 |
| v. | ) ) | **ORDER** |
| ADRIAN MARTINEZ, | ) ) ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Sentencing Hearing, filing 88, presently set for January 4, 2013, at 1:00 p.m., for approximately ninety days. The Court, being fully advised in the premises, and noting that the government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the sentencing hearing scheduled in this case shall be continued for approximately 90 days. Filings Nos. 87 and 88 are granted.

***Defense counsel shall arrange a telephone conference with my judicial assistant, Kris Leininger and the prosecutor on or soon after Monday January 7, 2013 to set a specific sentencing date.***

DATED this 28th day of December, 2012.

BY THE COURT:

    s/Richard G. Kopf
Richard G. Kopf
Senior United States District Judge